FOR 1 B1
(12/94)

## FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|

__Northern__ **District of** Illinois, Eastern Division

**IN RE (Name of debtor - if individual, enter Last, First, Middle)**
PETTET, ELAINE L.

**NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)**

**ALL OTHER NAMES used by the debtor in the last 6 years**
(Include married, maiden, and trade names)

**ALL OTHER NAMES used by the joint debtor in the last 6 years**
(Include married, maiden, and trade names)

**SOC.SEC./TAX I.D. NO. (If more than one, state all)**
xxx-xx-3089

**SOC.SEC./TAX I.D. NO. (If more than one, state all)**

**STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)**
18465 Dixie Hwy.
Homewood, IL 60430

**STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code)**

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**
Cook

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**

**MAILING ADDRESS OF DEBTOR (If different from street address)**

**MAILING ADDRESS OF JOINT DEBTOR (If different from street address)**

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above)**

**VENUE (Check one box)**
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR (Check one box)**
☑ Individual
☐ Joint (Husband and Wife)
☐ Partnership
☐ Other _____

☐ Corporation Publicly Held
☐ Corporation Not Publicly Held
☐ Municipality

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
☐ Chapter 7   ☐ Chapter 11   ☑ Chapter 13
☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304 - Case Ancillary to Foreign Proceeding

**SMALL BUSINESS (Chapter 11 only)**
☐ Debtor is a small business as defined in U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e) (Optional)

**NATURE OF DEBT (Check one box)**
☑ Non-Business/Consumer   ☐ Business - Complete A & B below

**FILING FEE (Check one box)**
☑ Filing fee attached
☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**A. TYPE OF BUSINESS (Check one box)**
☐ Farming   ☐ Transportation   ☐ Commodity Broker
☐ Professional   ☐ Manufacturing/Mining   ☐ Construction
☐ Retail/Wholesale   ☐ Real Estate
☐ Railroad   ☐ Stockbroker   ☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
CHILL CHILL & RADTKE PC
20 North Clark St. #1425
Chicago, IL 60602
Telephone No. (312) 346-1935

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR**
MAX CHILL & STEVEN R. RADTKE
0437263/03124816

☐ Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:

### STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C.A. § 604)
(Estimates only) (Check applicable boxes)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-499 | 500-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/26/2004
Time: 16:26:39
Debtor: ELAINE L PETTET
Case: 04-39800     Fee : 194
Chapter: 13 Rec. # : 3108139
Judge: Jacqueline Cox
341 mtg: 11/23/2004 @ 12:30PM
ConfHrg: 12/06/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK39800-BK001

© 1995 WEST PUBLISHING COMPANY

*(Chapter 13 W/Plan)*

FORM B1 - Cont.
(12/94)

Name of Debtor _____

Case No. _____

### FILING OF PLAN

For Chapter 9,11,12, and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| N.D. Ill. | 01-7745 | 03/08/01 |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Edward Michael Pettet | 01-7745 | 03/08/01 |
| Relationship | District | Judge |
| Ex-husband | N.D. Ill. | Squires |

### REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code Annotated specified in this petition.

## SIGNATURES

X _~~Thom M. Nattko~~_  ATTORNEY                    10-26-04
Signature                                        Date

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. |
| X _~~Elaine L. Pettet~~_<br>Signature of Debtor<br><br>Date _10/26/04_<br><br><br>X _____<br>Signature of Joint Debtor<br><br>Date _____ | X _____<br>Signature of Authorized Individual<br><br>Print or Type Name of Authorized Individual<br><br>Title of Individual Authorized by Debtor to File this Petition<br><br>Date _____<br>If debtor is a corporation under chapter 11, Exhibit "A" is attached and made part of this petition. |

| TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS<br>(See P.L. 98-353 § 322) | CERTIFICATION AND SIGNATURE OF NON-ATTORNEY<br>BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110) |
|---|---|
| I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code Annotated, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.<br><br>If I am represented by an attorney, Exhibit B has been completed.<br><br><br><br>X _____<br>Signature of Debtor        Date<br><br><br>X _____<br>Signature of Joint Debtor        Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>Printed or Typed Name of Bankruptcy Petition Preparer<br><br>Social Security Number<br><br><br>Address        Tel. No.:<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| EXHIBIT "B"<br>(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.) | |
|---|---|
| I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he,she, or they) may proceed under chapter 7,11, 12, or 13 of title 11, United States Code Annotated, and have explained the relief available under such chapter.<br><br>X _____<br>Signature of Attorney        Date | If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. § 156. |

© 1995 WEST PUBLISHING COMPANY

FORM B6A
(10/89)

In re  **PETTET, ELAINE L.**          Case No. _____
         Debtor          (If known)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G—Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 18465 Dixie Hwy.<br>Homewood, IL 60430 | Fee Simple | | 160,000.00 | 120,987.49 |
| | | Total | $ 160000.00 | |

© 1991 WEST PUBLISHING COMPANY

(Report also on Summary of Schedules)

FORM B6B
(10/89)

In re  PETTET, ELAINE L.
_____,    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ✔ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Great Lakes Bank checking account | | 1,621.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✔ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous items of used household goods and furnishings. | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re ___PETTET, ELAINE L._____     Case No. _____
                          Debtor                                              (If known)

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | Miscellaneous items of used clothing. | | 500.00 |
| 7. Furs and jewelry. | ✔ | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | ✔ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✔ | | | |
| 10. Annuities. Itemize and name each issuer. | ✔ | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401K Newman & Boyer | | 2,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re   PETTET, ELAINE L. _____         Case No. _____
                          Debtor                                                (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | ✔ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✔ | | | |
| 15. Accounts receivable. | ✔ | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Child support per divorce decree (based on ex-husband's commissions). | | variable |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ✔ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ✔ | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re  PETTET, ELAINE L. _____
                        Debtor

Case No. _____
                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | ✔ | | | |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | ✔ | | | |
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | ✔ | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Buick Skylark | | 1,550.00 |
| 24.  Boats, motors, and accessories. | ✔ | | | |
| 25.  Aircraft and accessories. | ✔ | | | |
| 26.  Office equipment, furnishings, and supplies. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re ___PETTET, ELAINE L._____     Case No. _____
                          Debtor                                        (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | ✔ | | | |
| 28. Inventory. | ✔ | | | |
| 29. Animals. | | 1 Golden Retriever<br>1 domestic cat | | priceless |
| 30. Crops - growing or harvested. Give particulars. | ✔ | | | |
| 31. Farming equipment and implements. | ✔ | | | |
| 32. Farm supplies, chemicals, and feed. | ✔ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re   PETTET, ELAINE L.                                    Case No. _____
                  Debtor                                                      (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

© 1991 WEST PUBLISHING COMPANY          _____5_____ continuation sheets attached          Total | $          6171.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

FORM B6C
(6/90)

In re  PETTET, ELAINE L.                                      Case No. _____
                    Debtor                                                        (If known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C.A. § 522(b)(1)   Exemptions provided in 11 U.S.C.A. § 522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C.A. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 18465 Dixie Hwy. Homewood, IL 60430 | 735 ILCS 5/12-901 | 7,500.00 | 160,000.00 |
| Great Lakes Bank checking account | Ill.Stat. 735 ILCS 5/12-1001 (b) | 1,621.00 | 1,621.00 |
| Miscellaneous items of used household goods and furnishings. | Ill. Stat. 735 ILCS 5/12-1001 Subpar (b) | 379.00 | 500.00 |
| Miscellaneous items of used clothing. | Ill. Stat. 735 ILCS 5/12-1001 Subpar (a) | 500.00 | 500.00 |
| 401K Newman & Boyer | Ill.Stat. 735 ILCS 5/12-1006(b)(c) | 2,000.00 | 2,000.00 |
| 1996 Buick Skylark | Ill. Stat. 735 ILCS 5/12-1001 (c) | 1,200.00 | 1,550.00 |

© 1991 WEST PUBLISHING COMPANY

FORM B6D
(6/90)

In re  PETTET, ELAINE L. _____    Case No. _____
                        Debtor                                          (If known)

## SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H--Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank One NA<br>P.O. Box 0599<br>Columbus, OH 43271 | | | 2nd mortgage<br>18465 Dixie Hwy.<br><br>Homewood, IL<br>Ex-husband's debt<br><br>VALUE $       160,000.00 | | | ✔ | 21,053.00 | 0.00 |
| ACCOUNT NO.<br><br>MidAmerica Bank, fsb<br>1001 S. Washington St.<br>Naperville, IL 60566 | | | 1st mortgage<br>18465 Dixie Hwy.<br><br>Homewood, IL<br><br>VALUE $       0.00 | | | | 92,324.75 | 0.00 |
| ACCOUNT NO.<br><br>Rock, Fusco & Garvey<br>350 N. LaSalle St. #400<br>Chicago, IL 60610 | | | First mortgage.<br>Notice only<br><br><br>VALUE $       0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>United States of America<br>Internal Revenue Service<br>c/o Joel Nathan<br>219 S. Dearborn<br>Chicago, IL 60604 | | | <br><br><br>VALUE $       150.00 | | | ✔ | 7,690.64 | 0.00 |
| | | | | | Subtotal<br>(Total of this page) | | $  121068.39 | |
| | | | | | Total<br>(Use only on last page) | | $  121068.39 | |

  0   continuation sheets attached

© 1991 WEST PUBLISHING COMPANY

(Report total also on Summary of Schedules)

FORM B6E
(12/94)

In re .  PETTET, ELAINE L. _____        Case No. _____
                        Debtor                                          (If known)

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives , up to maximum of $4000* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of theoriginal petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on a commitment to the FDIC, RTC, Directory of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

---

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1995 WEST PUBLISHING COMPANY _____ 0 ____ continuation sheets attached

FORM B6F
(10/89)

In re  PETTET, ELAINE L.
          Debtor

Case No.
          (If known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>6011-0072-4015-0770<br>Discover<br>PO Box 8003<br>Hilliard, OH 43026 | | | Credit card.<br><br><br>Setoff Amount    0.00 | | | | 4499.12 |
| ACCOUNT NO.<br><br>Alegis Group<br>15 S. Main St. #600<br>Greenville, SC 29601 | | | Amoco - Notice only<br><br><br>Setoff Amount    0.00 | | | | 797.44 |
| ACCOUNT NO.  4128002091712914<br><br>Capital Management Srv.<br>726 Exchange St. #700<br>Buffalo, NY 14210 | | | <br><br><br>Setoff Amount    0.00 | | | | 1101.72 |
| ACCOUNT NO.  4388642370261144<br><br>Capital One<br>P.O. Box 945<br>Brookfield, WI 53008 | | | Credit card.<br><br><br>Setoff Amount    0.00 | | | | 602.72 |

    1  continuation sheets attached

Subtotal $    7001.00

Total $

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6F -
Cont.
(10/89)

In re  **PETTET, ELAINE L.** _____    Case No. _____
                          Debtor                                          (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5396800009361969<br><br>CitiBank NES<br>29125 Solon Road<br>Solon, OH 44139 | | | Credit card.<br><br><br>Setoff Amount          0.00 | | | | 5519.41 |
| ACCOUNT NO.   54400455005255586<br><br>Household Bank<br>P.O. Box 129<br>Fhorofare, NJ 08086-0129 | | | <br><br><br>Setoff Amount          0.00 | | | | 665.91 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $    6185.32

Total (Use only on last page of the completed Schedule F) $    13186.32

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6G
(10/89)

In re **PETTET, ELAINE L.** _____   Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete  mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE , OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

© 1991 WEST PUBLISHING COMPANY

FORM B6H
(6/90)

In re    PETTET, ELAINE L.                                              .        Case No. _____
_____
          Debtor                                                                         (If known)

# SCHEDULE H – CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Edward M. Pettet<br>733 N. Noble<br>Apt. 2F<br>Chicago, IL 60622 | Bank One NA<br>PO Box 0599<br>Colombus, OH 43271<br>(2nd mortgage is ex-husband's sole<br>   responsibility)<br><br>Mid America Bank<br>1001 S. Washington Street<br>Naperville, IL 60566<br>(1st mortgage)<br><br>United States of America<br>Internal Revenue Service<br>c/o Joel Nathan<br>Asst. U.S. Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604 |

© 1991 WEST PUBLISHING COMPANY

FORM B6I
(6/90)

In re **PETTET, ELAINE L.** _____,   Case No. _____
_____Debtor_____                                        (If known)

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Divorced | No Dependents | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Bookkeeper/Sales Associate | |
| Name of Employer | Newman, Boyer & Statham / Walmart | |
| How long employed | 5 years / 1 week | |
| Address of Employer | 20 N. Clark St., Chicago, IL / 21410 S. Cicero, Matteson, IL | |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2660.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 2660.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 246.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify None                    ) | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2414.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2414.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 580.00 | $ |
| Social security or other government assistance (Specify) None | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income  None | $ 0.00 | $ |
| (Specify) None | $ 0.00 | $ |
| None | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 2994.00 | $ |

TOTAL COMBINED MONTHLY INCOME $ 2,994.00 _____   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1991 WEST PUBLISHING COMPANY

FORM B6J
(6/90)

In re __PETTET, ELAINE L._____ ,      Case No. _____
                    Debtor                                              (If known)

## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1450.00 |
| Are real estate taxes included?  Yes ✔  No _____ | |
| Is property insurance included?  Yes ✔  No _____ | |
| Utilities  Electricity and heating fuel | $ 160.00 |
|      Water and sewer | $ 88.00 |
|      Telephone | $ 60.00 |
|      Other Gas | $ 50.00 |
| Home Maintenance (Repairs and upkeep) | $ 100.00 |
| Food | $ 300.00 |
| Clothing | $ 60.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 70.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ 0.00 |
|      Life | $ 0.00 |
|      Health | $ 0.00 |
|      Auto | $ 106.00 |
|      Other None | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ |
|      Auto | $ |
|      Other None | $ |
|      Other None | $ |
| Alimony, maintenance and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attached detailed statement) | $ |
| Other None | $ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2594.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ 2994.00 |
| B.  Total projected monthly expenses | $ 2594.00 |
| C.  Excess income (A minus B) | $ 400.00 |
| D.  Total amount to be paid into plan each ____month_____ | $ 400.00 |
|           (interval) | |

© 1991 WEST PUBLISHING COMPANY

FORM B6 - Cont.
(12/94)

In re    **PETTET, ELAINE L.**                                      Case No. _____
                     Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1)

Date ___*10/26/04*___                          Signature _*Elaine L Pettet*_
                                                                                              Debtor

Date _____                Signature _____
                                                                                (Joint Debtor, if any)

                                                                (If joint case, both spouses must sign)

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer           Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X _____                    _____
Signature of Bankruptcy Petition Preparer                          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S. §110, 18 U.S.C. §156.

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or
an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in
this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1)

Date _____                Signature _____

                                                                (Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property.* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.A. §§ 152 and 3571.

© 1995 WEST PUBLISHING COMPANY

FORM B8
(11/94)

# United States Bankruptcy Court

## District of

In re _____         Case No. _____
                    Debtor                 Chapter _____ Thirteen _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   **a.** *Property to Be Surrendered.*

   Description of Property                                 Creditor's Name

   1. _____              _____

   2. _____              _____

   3. _____              _____

   **b.** *Property to Be Retained.* [Check applicable statement of debtor's intention concerning reaffirmation, redemption, or lien avoidance.]

| Description of property | Creditor's name | Debt will be reaffirmed pursuant to § 524(c) | Property is claimed as exempt and will be redeemed pursuant to § 722 | Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt |
|---|---|---|---|---|
| 1. 18465 Dixie Hwy. Homewood IL. | Mid America Bank | X | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

3. I understand that § 521 (2) (B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: _10/26/04_                          _Claude L. Pettes_
                                          Signature of Debtor

Date: _____          _____
                                          Signature of Joint Debtor

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X _____              _____
Signature of Bankruptcy Petition Preparer               Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110, 18 U.S.C. §156.

© 1995 WEST PUBLISHING COMPANY

FORM B 203
(1/88)

# United States Bankruptcy Court

| Northern | **District of** | Illinois, Eastern Division |

In re  PETTET, ELAINE L.                                      Case No. _____

                          Debtor

                                                             Chapter          Thirteen

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C.A. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ___1,500.00___

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ___1,500.00___

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

Amount of filing fee remaining to be paid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____0.00___

2. The source of the compensation paid to me was:

    ☑  Debtor                ☐  Other (specify)

3. The source of compensation to be paid to me is:

    ☑  Debtor                ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       Yes

    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       Yes

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

       Yes

© 1991 WEST PUBLISHING COMPANY

FORM B 203
Cont.
(1/88)

In re  PETTET, ELAINE L.                          Case No. _____
                    Debtor

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     N/A

e.   [Other provisions as needed]

     None

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

     Representation of the debtor in adversary
     proceeding and other contested bankruptcy matters.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

____10-26-04____                    _____
     Date                              Signature of Attorney

                                    CHILL CHILL & RADTKE PC
                                    Name of law firm

© 1991 WEST PUBLISHING COMPANY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: <u>PETTET, ELAINE L.</u>_____   Case No._____ _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 16-21.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor; or self-employed.

*"Insider."*  The term "insider" includes but is not limited to:  relatives of the debtor;  general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101(30).

---

None   1.   Income from employment or operation of business
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| PARTY | METHOD | START | END | AMOUNT | SOURCE |
|-------|--------|-------|-----|--------|--------|
| **DEBTOR** | | 1/01/03 | 12/31/03 | **$23,400.00** | **EMPLOYMENT** |
| **DEBTOR** | | 1/01/04 | | **$15,263.00** | **EMPLOYMENT** |

None   2.   Income other than from employment or operation of business
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| PARTY | AMOUNT | SOURCE |
|-------|--------|--------|

None   3.   Payments to creditors
☒

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|-----------------------------|-------------------|-------------|---------------------|

None
☒   b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR & RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|-------------------------------------------------------|-----------------|-------------|---------------------|

None  4.    Suites and administrative proceedings, executions, garnishments and attachments
☐

 a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MidAmerica Bank, FSB et al. vs. Debtor, et al. 04 CH 13083** | **Foreclosure** | **Daley Center** | **pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or
☒ equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

None  5.    Repossessions, foreclosures and returns
☒

 List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR/SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

None   6.   Assignments and receiverships

☒   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME & LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|---|

None   7.   Gifts
☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON/ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION & VALUE OF GIFT |
|---|---|---|---|

None   8.   Losses
☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION & VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES &, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

None   9.   Payments related to debt counseling or bankruptcy
☒         List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|

None   10.   Other transfers
☒         List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIPTION PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None   11.   Closed financial accounts
☒         List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

None   12.   Safe deposit boxes
☒         List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either

or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER OTHER DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY | NAMES & ADDRESSES OF THOSE WITH ACCESS TO BOX OR |
|---|---|---|---|

None   13.   Setoffs
☒       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

None   14.   Property held for another person
☒       List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

None   15.   Prior address of debtor
☒       If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATE OF OCCUPANCY |
|---|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

None   16.      Nature, location and name of business
       ☒a.      If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

       b.       If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

       c.       If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|-----------------------------------------|
|      |         |                    |                                         |

None   17.      Books, records and financial statements
☒      a.       List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
|                  |                         |

None
☒      b.       List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
|      |         |                         |

None
☒c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS | EXPLAIN IF NOT AVAILABLE |
|------|---------|--------------------------|
|      |         |                          |

None
☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                    DATE ISSUED

None    18.    Inventories
☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | cost, market or other basis) |

None
☒    b.    List the names and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESS OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

None    19.    Current Partners, Officers, Directors and Shareholders
☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST    PERCENTAGE OF INTEREST

None
☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

|  |  | NATURE AND PERCENTAGE OF |
| NAME AND ADDRESS | TITLE | STOCK OWNERSHIP |

None   20.   Former partners, officers, directors and shareholders

☒      a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                    ADDRESS                 DATE OF WITHDRAWAL

None

☒      b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                   DATE OF TERMINATION

None   21.   Withdrawals from a partnership or distributions by a corporation

☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*******

******

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *10/26/04*     Signature of Debtor     *Claire L. Quitel*

Date  _____    Signature of Joint
                          Debtor (if any)      _____

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____         _____

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.

_____

Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to this appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                  Date

A bankruptcy petition prepareer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date_____         Signature_____

                                             _____
                                             Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor]*

_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment*
*for up to 5 years, or both 18 U.S.C. §152 and 3571*

B201 (Rev. 12/00)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are eligible for chapter 13 only if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

I, the debtor, affirm that I have read this notice.

| 10/26/04 | _Claire L. Potter_ | |
|---|---|---|
| Date | Signature of Debtor | Case Number |

**DISTRIBUTION:**              **DEBTOR**              **COURT**