```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39800
   ELAINE L PETTET
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3089


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/26/2004 and was confirmed 03/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 04/30/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         4499.12            .00              .00
JP MORGAN CHASE BANK NA    CURRENT MORTG        .00             .00              .00
MID AMERICA BANK           CURRENT MORTG        .00             .00              .00
MID AMERICA BANK           MORTGAGE ARRE    2911.82             .00          2911.82
ROCK FUSCO REYNOLDS & GA   NOTICE ONLY    NOT FILED             .00              .00
USA INTERNAL REVENUE SER   SECURED          7610.00             .00          7297.38
ALEGIS GROUP LOAN SERVIC   UNSECURED      NOT FILED             .00              .00
SHERMAN ACQUISITION        FILED LATE       1497.15             .00              .00
CAPITAL ONE                UNSECURED      NOT FILED             .00              .00
SHERMAN ACQUISITION        FILED LATE       3360.76             .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         766.85             .00              .00
JP MORGAN CHASE BANK NA    SECURED NOT I       .00             .00              .00
SHERMAN ACQUISITION        FILED LATE        413.03             .00              .00
CHILL CHILL & RADTKE       DEBTOR ATTY         .00                               .00
TOM VAUGHN                 TRUSTEE                                           590.80
DEBTOR REFUND              REFUND                                            800.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                11,600.00

PRIORITY                                           .00
SECURED                                      10,209.20
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                             590.80
DEBTOR REFUND                                    800.00
                       --------------         --------------
TOTALS                 11,600.00              11,600.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 39800 ELAINE L PETTET
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn
Dated: 12/13/07                          _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE